IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THOMAS P. RAY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>    Defendant. )<br>_____ ) | Civil No. 05-663-ST<br><br>O R D E R |

Sharon D. Maynard
Bennett, Hartman, Morris & Kaplan, LLP
111 S.W. Fifth Avenue, Suite 1650
Portland, Oregon 97204-3627

Kimberly K. Tucker
Swanson, Thomas & Coon
820 S.W. 2nd Avenue, Suite 200
Portland, Oregon 97204

    Attorneys for Plaintiff

Page 1 - ORDER

Karin J. Immergut
United States Attorney
District of Oregon
Neil J. Evans
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204

L. Jamala Edwards
Michael McGaughran
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 901 M/S 2900
Seattle, Washington 98104

       Attorneys for Defendant

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on July 7, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

       Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#21).

       IT IS HEREBY ORDERED that the decision of the Commissioner is affirmed and this case is dismissed.

       DATED this 4 day of August, 2006.

                                    GARR M. KING
                                United States District Judge